**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOVO NORDISK INC. and<br>NOVO NORDISK PHARMA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA,<br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, CHIQUITA BROOKS-<br>LASURE, and CENTERS FOR MEDICARE<br>AND MEDICAID SERVICES,<br><br>Defendants. | No. 3:23-cv-20814-ZNQ-JBD |

## ORDER

Upon consideration of the parties' Joint Motion to Set a Briefing Schedule and for Related

Relief, it is **ORDERED** that the following schedule shall govern further proceedings in this case.

- **December 8, 2023:** Plaintiffs will file a memorandum in support of their forthcoming motion for summary judgment, not to exceed 60 pages.

- **January 26, 2024:** Defendants will file a combined memorandum in support of their own cross-motion for summary judgment, and opposing Plaintiffs' motion, not to exceed 80 pages.

- **February 23, 2024:** Plaintiffs will file a combined reply in support of their motion and opposition to Defendants' cross-motion by February 23, 2023, not to exceed 40 pages.

- **March 22, 2024:** Defendants will file a reply in support of their cross-motion, not to exceed 30 pages.

It is further **ORDERED** that (1) the parties need not file statements of fact under Local

Civil Rule 561.(a), (2) Defendants need not file an answer to the complaint, and (3) Defendants

need not file an administrative record.

**SO ORDERED**

ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE