PHILIP R. SELLINGER
United States Attorney
HEATHER C. COSTANZO
Assistant U.S. Attorney
401 Market Street, P.O. Box 2098
Camden, NJ 08101
(856) 757-5031
heather.costanzo@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOVO NORDISK INC. and NOVO NORDISK PHARMA, INC., | Hon. Zahid N. Quraishi, U.S.D.J. Hon. J. Brendan Day, U.S.M.J. |
| *Plaintiffs,* | |
| v. | Civil Action No. 23-20814 (ZNQ/JBD) |
| XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services, *et al.*, | **NOTICE OF APPEARANCE** |
| *Defendants.* | |

To:  MELISSA E. RHOADS
     United States District Court
     Mitchell H. Cohen Building & U.S. Courthouse
     4th & Cooper Streets
     Camden, NJ 08101

The undersigned Assistant United States Attorney, Heather C. Costanzo, hereby enters a notice of appearance as an attorney for Defendants in the above-referenced matter.

        Respectfully submitted,

        PHILIP R. SELLINGER
        United States Attorney

By:    /s/ *Heather C. Costanzo*
        HEATHER C. COSTANZO
        Assistant U.S. Attorney