BRIAN D. NETTER
Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 514-2000
Email: brian.netter@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### TRENTON VICINAGE

| | |
|---|---|
| NOVO NORDISK INC., *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>XAVIER BECERRA, in his official capacity as SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-20814-ZNQ-JBD<br><br>**NOTICE OF APPEARANCE** |

　　　　Please take notice that Brian D. Netter, Deputy Assistant Attorney General for the Civil Division, U.S. Department of Justice, hereby enters his appearance as counsel for all Defendants in the above-captioned matter.

Dated: March 4, 2024                    Respectfully submitted,

                                                                                   BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

/s/ Brian D. Netter
BRIAN D. NETTER
Deputy Assistant Attorney General
   (DC Bar No. 979362)
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Tel: (202) 514-2000
Email: brian.netter@usdoj.gov

*Counsel for Defendants*