UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: TRENTON
JUDGE: ZAHID N. QURAISHI  Date: MARCH 7, 2024
COURT REPORTER: MEGAN MCKAY-SOULE

CIVIL- 23-3818 (ZNQ)
23-3335(ZNQ)
23-14221(ZNQ)
23-20814(ZNQ)

TITLE OF CASE:

JANSSEN PHARMACEUTICALS, INC.

vs.

BECERRA, et al.

APPEARANCES:
Jacob Roth, Esq., Toni-Ann Citera, Esq., Jeffrey Greenbaum, Esq. and Victor Helinsky, Esq. for Plaintiff Bristol Myers Squibb
Jeffrey Chiesa, Esq., Kevin King, Esq., Robert Long, Esq., MaKade Claypool, Esq. and Emily Vernon, Esq. for Plaintiff Janssen Pharmaceuticals
Samir Deger-Sen, Esq., Daniel Meron, Esq. and Christina Gay, Esq. for Plaintiff Novartis Pharmaceuticals
Ashley Parrish, Esq., John Shakow, Esq. and Israel Dahan, Esq. for Plaintiff Novo Nordisk Inc.
Brian Netter, Esq., Alexander Sverdlov, Esq., Cassandra Snyder, Esq., Kenneth Whitley, Esq., Michael Gaffney, Esq., Stephen Pezzi, Esq., and Heather Costanzo, Esq., for Defendants

NATURE OF PROCEEDINGS:
Oral Argument on Motion for Summary Judgment [30] and Cross-Motion for Summary Judgment [33] in 23-3818 heard with related cases, 23-20814 MSJ [28] and Cross-MSJ [37], 23-3335 MSJ [36] and Cross-MSJ [38] and 23-14221 MSJ [18] and Cross-MSJ [24].
Court Reserves Decision.

TIME COMMENCED: 10:55am
BREAK: 12:35pm- 1:15pm
TIME ADJOURNED: 4:00pm         s/Kim Stillman
TOTAL TIME: 4 hours and 15 mins.    Deputy Clerk