

**U.S. Department of Justice**
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005

March 18, 2024

**VIA ECF**
Hon. Zahid N. Quraishi
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    *Novo Nordisk Inc. v. Becerra*, No. 3:23-cv-20814-ZNQ-JBD
              *Novartis Pharmaceuticals Corp. v. Becerra*, No. 3:23-cv-14221-ZNQ-JBD

Dear Judge Quraishi:

    Defendants' reply briefs in support of their motions for summary judgment in the above-captioned cases are currently due on March 22, *Novo Nordisk* ECF No. 24, and March 27, *Novartis* ECF No. 20. Defendants respectfully submit that their arguments have been sufficiently developed in prior filings and at oral argument (in these cases, as well as in *Bristol Myers Squibb* and *Janssen*). Accordingly, Defendants waive their right to file summary-judgment reply briefs in *Novo Nordisk* and *Novartis*, and will stand on their prior submissions.

Dated: March 18, 2024              Respectfully submitted,

                                              BRIAN M. BOYNTON
                                            Principal Deputy Assistant Attorney General

                                            BRIAN D. NETTER
                                            Deputy Assistant Attorney General

                                            PHILIP R. SELLINGER
                                            United States Attorney

                                            MICHELLE R. BENNETT
                                            Assistant Branch Director

                                            */s/ Stephen M. Pezzi*
                                            STEPHEN M. PEZZI
                                             Senior Trial Counsel
                                            CHRISTINE L. COOGLE
                                            MICHAEL J. GAFFNEY
                                            CASSANDRA M. SNYDER
                                            ALEXANDER V. SVERDLOV
                                            Trial Attorneys
                                            United States Department of Justice

                    Civil Division, Federal Programs Branch
                    1100 L Street, NW
                    Washington, DC 20005
                    Tel: (202) 305-8576
                    Email: stephen.pezzi@usdoj.gov

                    *Counsel for Defendants*