UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**NOVO NORDISK INC.,** *et al.***,**

Plaintiffs,

v.

**XAVIER BECERRA,** *et al.***,**

Defendants.

Civil Action No. 23-20814 (ZNQ) (JBD)

**ORDER**

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon Cross-Motions for Summary Judgment. Plaintiffs Novo Nordisk Inc. and Novo Nordisk Pharma, Inc. (collectively, "Plaintiffs" or "Novo") filed a Motion for Summary Judgment. ("Plaintiffs' Motion", ECF No. 28.) Defendants Xavier Becerra, Chiquita Brooks-Lasure, U.S. Department of Health & Human Services ("HHS"), and Centers for Medicare & Medicaid Services ("CMS") (collectively, "Defendants") filed a Cross-Motion for Summary Judgment. ("Defendants' Cross-Motion", ECF No. 37.) For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **31st** day of **July 2024,**

    **ORDERED** that Defendants' Cross-Motion (ECF No. 37) is hereby **GRANTED**; and it is further

    **ORDERED** that Judgment is hereby entered for Defendants and against Plaintiffs as to all claims; and it is further

    **ORDERED** that Plaintiffs' Motion (ECF No. 28) is hereby **DENIED**; and it is further

    **ORDERED** that the Clerk is instructed to mark this matter **CLOSED**.

 

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**