## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### Trenton

| | |
|---|---|
| NOVO NORDISK INC., *et al.*, | |
| *Plaintiffs*, | No. 3:23-cv-20814-ZNQ-JBD |
| v. | |
| XAVIER BECERRA, *et al.*, | |
| *Defendants*. | |

## PLAINTIFFS' NOTICE OF APPEAL
## TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

Notice is hereby given that Novo Nordisk Inc. and Novo Nordisk Pharma, Inc., Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order (ECF No. 94) of the United States District Court for the District of New Jersey entered in this case on July 31, 2024, and from all underlying and related findings, orders, decisions, rulings, and opinions, including but not limited to the Opinion (ECF No. 93) of the United States District Court for the District of New Jersey also entered in this case on July 31, 2024.

Dated: August 14, 2024

Respectfully submitted,

*/s/ Israel Dahan*
Israel Dahan (NJ Bar No. 042701997)
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone: (212) 556-2114
Facsimile: (212) 556-2222
idahan@kslaw.com

Ashley C. Parrish (*pro hac vice*)
John D. Shakow (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 737-3945
Facsimile: (202) 626-3737
aparrish@kslaw.com
jshakow@kslaw.com

*Counsel for Novo Nordisk Inc.*
*and Novo Nordisk Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2024, a true and correct copy of the foregoing

Notice of Appeal was electronically filed with the Clerk of Court using the CM/ECF

system which will send notification to all counsel of record.

/s/ Israel Dahan
Israel Dahan (NJ Bar No. 042701997)

*Counsel for Novo Nordisk Inc.*
*and Novo Nordisk Pharma, Inc.*