BRIAN D. NETTER
Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 514-2000
Email: brian.netter@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| NOVO NORDISK INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Case No. 3:23-cv-20814-ZNQ-JBD <br><br> **NOTICE OF WITHDRAWAL OF BRIAN D. NETTER AS COUNSEL** |

Pursuant to L. Civ. R. 102.1, notice is hereby given that the undersigned, Brian D. Netter, Deputy Assistant Attorney General for the Civil Division, U.S. Department of Justice, withdraws as counsel for Defendants in the above-captioned matter, as he is departing the U.S. Department of Justice on January 20, 2025.

Other counsel of record from the U.S. Department of Justice will continue to represent Defendants in this matter.

Dated: January 17, 2025

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

/s/ Brian D. Netter
BRIAN D. NETTER
Deputy Assistant Attorney General
   (DC Bar No. 979362)
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Tel: (202) 514-2000
Email: brian.netter@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies pursuant to L. Civ. R. 5.1 and 5.2 that the foregoing was served on all counsel of record via CM/ECF.

/s/ Brian D. Netter
BRIAN D. NETTER
Deputy Assistant Attorney General

2