UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-2510
_____

NOVO NORDISK INC.; NOVO NORDISK PHARMA, INC.,
Appellants

v.

SECRETARY UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ADMINISTRATOR CENTERS FOR MEDICARE & MEDICAID SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3:23-cv-20814)
District Judge: Honorable Zahid N. Quraishi
_____

Argued on April 8, 2025

Before: HARDIMAN, PHIPPS, and FREEMAN, *Circuit Judges*.
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on April 8, 2025.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** that the judgment of the District Court entered on July 31, 2024, is hereby **AFFIRMED**. All of the above in accordance with the Opinion of this Court. Costs shall be taxed against Appellant.

                                                  ATTEST:


                                                  <u>s/ Patricia S. Dodszuweit</u>
                                                  Clerk

Dated: October 6, 2025